UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,
Plaintiff

Case No. 2:16-cv-13471-GCS-APP

v.

Hon. George Caram Steeh

ROBERT COTTON, WILLIAM COTTON, NANNIE CRADDOCK, PATRICIA LOSIE, DAVID COTTON, LONNIE COTTON, AND KERNAN FUNERAL SERVICE,
Defendants
_______________________________________/

David M. Davis (P24006)
Attorneys for Plaintiff
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Ave. Suite 450
Birmingham, MI 48009
(248) 645-0800
dmd@hardylewis.com

Patricia Losie
Pro Se
9351 Laurence Street
Allen Park, MI 48101

Lonnie Cotton
Pro Se
804 Ingot Street, Apt. 1
Hancock, MI 49930

Kernan Funeral Service
1020 Fort Street
Lincoln, Park, MI 48146

Robert Cotton
Pro Se
566 Pagel Avenue
Lincoln Park, MI 48146

David Cotton
Pro Se
57070 Loukus Street
Calumet, MI 49913

Nannie Craddock
Pro Se
13641 Birrell Street
Southgate, MI 48195

William Cotton
Pro Se
11519 William Street
Taylor, MI 48180
_______________________________________/

**ORDER ALLOWING THE DISTRIBUTION OF LIFE INSURANCE BENEFITS TO PAY FUNERAL EXPENSES AND THE DEPOSIT OF THE REMAINING LIFE INSURANCE BENEFITS INTO THE COURT, AND DISMISSING METLIFE AND KERNAN FUNERAL SERVICE ONLY**

**ORDER ALLOWING THE DISTRIBUTION OF LIFE INSURANCE BENEFITS TO PAY FUNERAL EXPENSES AND THE DEPOSIT OF THE REMAINING LIFE INSURANCE BENEFITS INTO THE COURT, AND DISMISSING METLIFE AND KERNAN FUNERAL SERVICE ONLY**

Upon the reading and filing
Of the parties' Stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that MetLife may distribute the amount of ONE THOUSAND ONE HUNDRED NINETY FIVE and 00/100 Dollars ($1,195.00) to Kernan Funeral Service, for the funeral expenses of Delores T. Truesdell (the "Plan Participant" and "Decedent") from the group life insurance payable under the General Motors Basic Life Insurance Plan No. 23600-G (the "Plan") in the amount of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00)(the "Plan Benefits") by reason of the death of the Plan Participant

IT IS FURTHER ORDERED that MetLife may deposit into the Registry of the Court the remaining group life insurance benefits in the amount of THREE THOUSAND EIGHT HUNDRED FIVE and 00/100 DOLLARS ($3,805)(the "Remaining Plan Benefits"), plus any applicable interest, payable under the Plan by reason of the death of the Decedent.

IT IS FURTHER ORDERED that after MetLife deposits the Remaining Plan Benefits in the amount of THREE THOUSAND EIGHT HUNDRED FIVE and 00/100 DOLLARS ($3,805.00), plus any applicable interest, into the Registry of the Court in an interest bearing account established by the Court in accordance with Local Court Rule 67.1, the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States. In the event the check presented to the Court by MetLife is not a bank check or certified check, before depositing the check into an interest bearing account the Court may hold the check for a period of up to 14 days or until notified that the check has cleared, whichever

occurs earlier.

IT IS FURTHER ORDERED that upon the distribution of the amount of ONE THOUSAND ONE HUNDRED NINETY FIVE and 00/100 Dollars ($1,195.00) to Kernan Funeral Service for the funeral expenses of the Decedent and the deposit of the Remaining Plan Benefits in the amount of THREE THOUSAND EIGHT HUNDRED FIVE and 00/100 DOLLARS ($3,805.00), plus any applicable interest, by MetLife into the Registry of the Court, MetLife, the Plan, and General Motors shall be fully relieved of and discharged from any and all liability with respect to payment of the group life insurance benefits of the Decedent in the total amount of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00)) (the "Plan Benefits"), plus any applicable interest, payable under the Plan by reason of the death of the Decedent.

IT IS FURTHER ORDERED that after MetLife distributes the amount of ONE THOUSAND ONE HUNDRED NINETY FIVE and 00/100 Dollars ($1,195.00) to Kernan Funeral Service, for the funeral expenses of the Decedent, it shall constitute payment in full to Kernan Funeral Service for the funeral expenses of the Decedent and Defendant Patricia Losie shall be fully relieved and discharged from any and all liability to Kernan Funeral Service for payment of the funeral expenses of the Decedent.

IT IS FURTHER ORDERED that the Defendants in this action are enjoined and restrained from instituting any other action in any state or United States court against MetLife, the Plan, and MetLife for recovery of the Plan Benefits or any portion thereof, plus any applicable interest, payable as a consequence of the death of the Decedent.

IT IS FURTHER ORDERED that upon the distribution of the amount of ONE THOUSAND ONE HUNDRED NINETY FIVE and 00/100 Dollars ($1,195.00) to Kernan

Funeral Service, for the funeral expenses of the Decedent and the deposit of the Remaining Plan Benefits in the amount of THREE THOUSAND EIGHT HUNDRED FIVE and 00/100 DOLLARS ($3,805.00), plus any applicable interest, by MetLife into the Registry of the Court, MetLife and Kernan Funeral Service are DISMISSED WITH PREJUDICE from this action and without an award of costs, interest or attorney fees to any party.

UNITED STATES DISTRICT JUDGE

Dated: 10-24-16

Copies sent to:

David M. Davis (P24006)
Attorneys for Plaintiff
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Ave. Suite 450
Birmingham, MI 48009
(248) 645-0800
dmd@hardylewis.com

Patricia Losie
Pro Se
9351 Laurence Street
Allen Park, MI 48101

Lonnie Cotton
Pro Se
804 Ingot Street, Apt. 1
Hancock, MI 49930

Kernan Funeral Service
John Kernan - Manager
1020 Fort Street
Lincoln, Park, MI 48146

Robert Cotton
Pro Se
566 Pagel Avenue
Lincoln Park, MI 48146

David Cotton
Pro Se
57070 Loukus Street
Calumet, MI 49913

Nannie Craddock
Pro Se
13641 Birrell Street
Southgate, MI 48195

William Cotton
Pro Se
11519 William Street
Taylor, MI 48180

240469.DOC