UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

        Plaintiff,

v.

ROBERT COTTON,
WILLIAM COTTON,
NANNIE CRADDOCK,
PATRICIA LOSIE,
DAVID COTTON, LONNIE
COTTON and KERNAN
FUNERAL SERVICE,

        Defendants.
_____/

Case No. 4:16-cv-13471
Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

## ORDER RENOTICING HEARING

On February 24, 2017, I entered an order discharging the requirement for five (5) defendants to show cause, requiring all six (6) defendants to appear before this court and directing the Clerk of the Court to serve this order upon each of the six (6) remaining defendants at various addresses within the State of Michigan. (DE 17.) On the morning of Friday, March 3, 2017, via telephone, the Court received an oral request from Defendant Patricia Losie that the hearing noticed for March 13, 2017 be adjourned to a date in April, by which time she will have returned to Michigan.

2

Upon consideration, this request is **GRANTED**. The hearing currently scheduled for March 13, 2017 is cancelled but is re-noticed for **Wednesday, May 3, 2017 at 2 p.m.**

**IT IS SO ORDERED.**


Dated: March 9, 2017                       s/Anthony P. Patti
                                           Anthony P. Patti
                                           UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on March 9, 2017, electronically and/or by U.S. Mail.

                                           s/Michael Williams
                                           Case Manager for the
                                           Honorable Anthony P. Patti