UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY

       Plaintiff,

vs.

Case No. 2:16-CV-13471
HON. GEORGE CARAM STEEH

ROBERT COTTON,
WILLIAM COTTON,
NANNIE CRADDOCK,
PATRICIA LOSIE,
DAVID COTTON, LONNIE
COTTON and KERNAN
FUNERAL SERVICE,

       Defendants.
_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DIRECTING THE CLERK OF THE COURT TO DISTRIBUTE FUNDS

This matter is before the court on the question of distributing life insurance benefits. Six of the defendants are individuals, each of whom is identified as a son or daughter of decedent Delores T. Truesdell, and the remaining defendant is Kernan Funeral Service, which is identified as holding an assignment for decedent's funeral expenses. Magistrate Judge Patti issued an order to show cause as to why defendants Robert Cotton, William Cotton, Nannie Craddock, David Cotton and Lonnie Cotton why

- 1 -

they had not filed a response and why default judgment should not be entered against them. (Doc. 15). A response was filed that was seemingly supported by some but not all of the defendants. Magistrate Judge Patti thereafter ordered the defendants to appear before the Court. David Cotton, William Ambrose Cotton, Robert Cotton, Nannie Craddock, Lonnie Cotton, and Patricia Losie appeared on May 3, 2017, and agreed to distribute the remaining funds in equal shares.

On May 5, 2017, Magistrate Judge Patti issued a report and recommendation recommending that the Court enter an order directing the Clerk of the Court to distribute the remaining balance in the Registry of the Court equally between Robert Cotton, William Cotton, Nannie Craddock, Patricia Losie, David Cotton and Lonnie Cotton. The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by the defendants within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court shall distribute the remaining balance in the Registry of the Court equally between Robert Cotton, William Cotton, Nannie Craddock, Patricia Losie, David Cotton and Lonnie Cotton.

Dated: May 24, 2017         s/George Caram Steeh
                            GEORGE CARAM STEEH
                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 24, 2017, by electronic and/or ordinary mail and also on

Robert Cotton
566 Pagel Ave.
Lincoln Park, MI 48146

William Cotton
11519 William Street
Taylor, MI 48180

Nannie Craddock
13641 Birrell Street
Southgate, MI 48195

David Cotton
57070 Loukus Street
Calumet, MI 49913

Mr. Lonnie Cotton
804 Ingot Street, Apt. 1
Hancock, MI 49930

Patricia Losie
9351 Laurence Street
Allen Park, MI 48101

s/Barbara Radke
Deputy Clerk